

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Dashawn A. LaRode <br><br> *Plaintiff(s)* <br> v. <br> Brian Moynihan d/b/a CEO Bank of America, John Rosatti, d/b/a CEO Plaza Auto Mall, George Badeen dba President Allied Finance Adjusters/ NYCR Industries Corp <br><br> *Defendant(s)* | Civil Action No. 1:24-cv-08622-HG-LB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Brian Moynihan d/b/a CEO Bank of America
100 North Tyron Street
Charlotte, NC 28255

John Rosatti, d/b/a CEO Plaza Auto Mall
2740 Nostrand Ave
Brooklyn, NY 11210

George Badeen dba President Allied Finance Adjusters/
NYCR Industries Corp
70 Plain Avenue
New Rochelle, NY 10801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Dashawn A. LaRode
151 Grafton Street
Brooklyn, NY 11203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
CLERK OF COURT

Date: 12/18/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-08622-HG-LB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __John Rossatti__

was received by me on *(date)* __12-18-2024__ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __John Rossatti__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Dashawn A. LaRode__
__by USPS# 9589071052701132092502__ on *(date)* __12-18-2024__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __12-18-2024__

By: _____
Server's signature

By: __Sage El__
Printed name and title

__c/o 388 E 49 Street, Brooklyn, NY, [11203]__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-08622-HG-LB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* George Badeen
was received by me on *(date)* 12-18-2024.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* George Badeen , who is
designated by law to accept service of process on behalf of *(name of organization)* Dashawn A. LaRode
by USPS #: 95890710527011320922250 on *(date)* 12-18-2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12-18-2024

By: [signature]
*Server's signature*

By: Sage El
*Printed name and title*

c/o: 388 E 49 St, Brooklyn, NY, [11203]
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 1:24-cv-08622-HG-LB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

REC'D IN PRO SE OFFICE DEC 18 '24 PM 1:52

This summons for *(name of individual and title, if any)* __Brian Moynihan__
was received by me on *(date)* __12-18-2024__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Brian Moynihan__, who is designated by law to accept service of process on behalf of *(name of organization)* __Dashawn A. LaRode__ by: __USPS# 9589071052701132091697__ on *(date)* __12-18-2024__; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __12-18-2024__

By: _____
Server's signature

By. Sage El
Printed name and title

c/o: 388 E 49 St, Bklyn, NY, [11203]
Server's address

Additional information regarding attempted service, etc: