UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------X
Dashawn A. LaRode

                                        AFFIRMATION OF SERVICE

                Plaintiff(s),            24-CV-8622 (HG)

      -against-

GEORGE BADEEN, D/B/A ALLIED FINANCE
ADJUSTERS/ NYCR INDUSTRIES CORP.

                            Defendant(s).
---------------------------------------------X

    I, Sage El, declare under penalty of perjury that I have served a copy of the attached Request for Certificate of Default, Affirmation in Support of Request for Certificate of Default upon George Badeen

by mailing USPS Certified #: 9589071052701132091383

whose address is: 70 Plain Avenue, New Rochelle, NY, 10801

Dated: 01-13-2025

By: _Sage El_
All Right Reserved
Sage El
C/o: 388 East 49 Street
Brooklyn, New York republic, [11203]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
Dashawn A Larode

          Plaintiff(s),

  -against-

GEORGE BADEEN, D/B/A ALLIED
FINANCE ADJUSTERS/ NYCR INDUSTRIES
CORP.

         Defendant(s).
-----------------------------------------------X

REQUEST FOR
CERTIFICATE OF
DEFAULT

24-CV-8622-(HG)

TO: BRENNA B. MAHONEY
   UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF NEW YORK

   Please enter the default of defendant(s), George Badeen, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Dashawn LaRode.

Dated: 01-13-2025

By: _____
Dashawn A. LaRode
C/o:151 Grafton Street,
Brooklyn, New York, republic, [11212]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

_Dashawn A LaRode_,

                        Plaintiff(s),                        **CERTIFICATE OF DEFAULT**

    -against-                                    24 cv 8622-HG

_GEORGE BADEEN dba ALLIED FINANCE ADJUSTERS / NYCB INDUSTRIES CORP_   Defendant(s).
-----------------------------------------------------------------X

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant _George Badeen_ has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant _George Badeen_ is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:          , New York
              , 2025

                                            DOUGLAS C. PALMER, Clerk of Court

                                            By: _____
                                                  Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Dashawn A. LaRode

Plaintiff(s)

AFFIRMATION IN SUPPORT
OF
REQUEST FOR CERTIFICATE
OF DEFAULT

24cv 8622-HG

-against-

GEORGE BADEEN, dba
ALLIED FINANCE ADJUSTERS Defendant(s).
NYCR INDUSTRIES CORP
-----------------------------------------------------------X

I, Dashawn LaRode hereby declares as follows:

1. I am the plaintiff in this action.

2. This action was commenced pursuant to 28 USC 1331, FCRA & FDCPA   18 USC 894, 18 USC 8, 12 USC 83

3. The time for defendant(s), 01-08-2025, to answer or otherwise move with respect to the complaint herein has expired.

4. Defendant(s), George Badeen, has not answered or otherwise moved with respect to the complaint, and the time for defendant(s) George Badeen to answer or otherwise move has not been extended.

5. That defendant(s) George Badeen is not an infant or incompetent. Defendant(s) George Badeen is not presently in the military service of the United States as appears from facts in this litigation.

6. Defendant(s) George Badeen is indebted to plaintiff, I, Dashawn LaRode, in the following manner (state the facts in support of the claim(s)): On December 5, 2024, George Badeen in conjunction with NYCR Industries Corp, wrongfully repossessed my 2024 Acura

MDX without any verified judgment notice sent to me prior, the repossession, and despite my ongoing payment dispute regardin the account's accuracy. This constitute actual damage in the amount $10,000,000.00 pur. (15 USC § 1681n(a)(1) & 1692k(a)(1). Statutory damages in the amount of $5,000,000.00, pursuant to (15 USC 1681n(a)(1) and 1692k(a)(2)(. And Punitive damages in the amount $30,000,000.00 (USD), with reasonable attorney fees in the amount $65,000.00

WHEREFORE, plaintiff _Dashawn LaRode_ requests that the default of defendant(s) _George Badeen_ be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated: 01-13-2025

By: _[signature]_
(Signature)
(Print Name of Plaintiff ~~Pro Se~~) Dashawn LaRode
(Address) 151 Grafton Street, Brooklyn NY [11212]
(Telephone Number)
(E-mail address)