UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X
Dashawn A. LaRode

Plaintiff(s),

-against-

JOHN ROSATTI, CEO
PLAZA AUTO MALL
Defendant(s).
-----------------------------------------X

COPY

AFFIRMATION OF SERVICE

24-cv-8622 (HG)

REC'D IN PRO SE OFFICE JAN 13 '25 PM 4:52

I Sage El, declare under penalty of perjury that I have served a copy of the attached Request for Certificate of Default, Affirmation in Support of Request for Certificate of Default upon John Rosatti by mailing it to USPS Certified # 70210950002095214275

whose address is: 2740 Nostrand Ave, Brooklyn, NY, 11210

Dated: 01-13, 2025
Central Islip, New York

By. Sage El
Signature

c/o. 388 East 49 Street
Address

Brooklyn, New York republic [11203]
City, State & Zip Code

(1)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Dashawn A. LaBode
_____,
Plaintiff(s),

-against-

JOHN ROSATTI, CEO

PLAZA AUTO MALL
_____,
Defendant(s).

-----------------------------------------------------------X

REQUEST FOR
CERTIFICATE OF
DEFAULT

24-CV-8622-HG

COPY

TO:   DOUGLAS C. PALMER
      UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK

Please enter the default of defendant(s), John Rosatti, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Dashawn LaBode.

Dated: 01-13-2025

By: Dashawn
(Signature)

By: Dashawn LaBode
(Print name)

c/o: 158 Grafton St
(Address)

Brooklyn, New York republic

[11212]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Dashaw A LaRoode

_____,

          Plaintiff(s),    **CERTIFICATE OF DEFAULT**

   -against-         24 cv 8622 (HG)

JOHN ROSATTI, CEO
PIAZA AUTO MALL,

          Defendant(s).

------------------------------------------------------------X

  I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant John Rosatti has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant John Rosatti is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:    , New York
      , 2025

          DOUGLAS C. PALMER, Clerk of Court

          By: _____
            Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------X

Dashawn A. LaRode

_____,

Plaintiff(s)

AFFIRMATION IN SUPPORT OF
REQUEST FOR CERTIFICATE OF DEFAULT

-against-

JOHN ROSATTI, CEO
PLAZA AUTO MALL

24 cv 8622 (HG)

Defendant(s).

------------------------------------------------X

I, Dashawn LaRode, hereby declares as follows:

1. I am the plaintiff in this action.
2. This action was commenced pursuant to 28 USC 1331, FCRA & FDCPA, 18 USC 894, 18 USC 8, 12 USC 83
3. The time for defendant(s), ~~John Rosatti~~ 01708-P-025, to answer or otherwise move with respect to the complaint herein has expired.
4. Defendant(s), John Rosatti, has not answered or otherwise moved with respect to the complaint, and the time for defendant(s) John Rosatti to answer or otherwise move has not been extended.
5. That defendant(s) John Rosatti is not an infant or incompetent. Defendant(s) John Rosatti is not presently in the military service of the United States as appears from facts in this litigation.
6. Defendant(s) John Rosatti is indebted to plaintiff, I, Dashawn LaRode, in the following manner (state the facts in support of the claim(s)): The auto loan is defective on its face because of no seller signature and they failed to disclose who is the original creditor on the account.

This constitute actual damages in the amount of $10,000,000.00 pursuant (15 USC §§ 1681n(a)(1), 1681o(a)(1) & (1692K(a)(1); statuary damages in the amount of $5,000,000.00, pursuant to (15 USC §§ 1681n(a)(1) and (1692K(a)(2)(A) and punitive damages in the amount of $30,000,000.00, pursuant to (15 USC 1681n(a)(2), and reasonable attorney fees and cost in the amount of $65,000, pursuant to (15 USC 1681n(a)(3) & (1681o(a)(2) & (1692K(a)(3).

WHEREFORE, plaintiff _Dashawn LaRode_ requests that the default of defendant(s) _John Rosatti_ be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated: 01-13-2025

By: _Dashun L._
(Signature)
(Print Name of Plaintiff Pro Se) Dashawn LaRode
(Address) 151 Grafton St, Brooklyn, New York
(Telephone Number) republic [11212]
(E-mail address)