UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------X

Dashawn A. LaRoode

Plaintiff(s),

-against-

JOHN ROSATTI, CEO
PLAZA AUTO MALL

Defendant(s).

-----------------------------------------------------X

**AFFIRMATION OF SERVICE**

RECV'D IN PRO SE OFFICE
JAN 13 '25 PM4:54

24 -CV- 8622 (HG( )

I _Sage El_ , declare under penalty of perjury that I have
served a copy of the attached _Motion for Default Judgment Affimation_
_in support of Motion for Default Judgment_

upon _John Rosatti_

by mailing it to _USPS Certified# 70210950000209524275_

whose address is: _2740 Nostrand Avenue, Brooklyn, NY,_
_11210_

Dated: _01-13_ , 20_25_
Central Islip, New York

By. _Sage El_
Signature

_C/o: 388 East 49 Street_
Address

_Brooklyn, NY, [11203]_
City, State & Zip Code

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

$(2)$

------------------------------------------------------------X

Das hawn A LaRode

                          Plaintiff(s),

      -against-

JOHN ROSATTI dba CEO

PIAZA AUTO MALL ,

                          Defendant(s).

------------------------------------------------------------X

**MOTION FOR
DEFAULT JUDGMENT**

24 CV 8622 (HG)

Plaintiff  Dashawn LaRode  hereby moves the Court pursuant to Federal

Rule of Civil Procedure 55 (b) and Local Civil Rule 55.2 to enter default judgment in favor of

plaintiff and against defendant(s)  John Rosatti  on the grounds that said

defendants(s) failed to answer or otherwise defend against the complaint.

Dated: 01-13-2025

                    By. _____
                    (Signature)

                    By. Dashawn LaRode
                    Print Name of Plaintiff Pro Se Sui Juris

                    c/o. 851 Grafton st
                    Address

                    Brooklyn, New York republic

                    [11212]

TO:  (Put Name and Address of
      Each Defendant(s) or Defense Attorney)

1. John Rosatti
   Plaza Auto Mall
   2740 Nostrand Ave
   Brooklyn, NY, 11210

2. Brian Moynhan
   Bank of America
   100 North Tryon st
   Charlotte, NC, 28255

3. George Badeen
   NYCR Industries Corp
   70 Plain Ave, New
   Rochelle, NY, 10801

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Dashawn A. LaRode

**AFFIRMATION IN SUPPORT
OF MOTION FOR DEFAULT
JUDGMENT**

Plaintiff(s)

-against-

24 CV-8622 (HG)

JOHN ROSATTI, CEO
PLAZA AUTO MALL,

Defendant(s).

-------------------------------------------------------------X

I, Dashawn LaRode hereby declares as follows:

1.    I am the plaintiff in this action.

2.    This action was commenced pursuant to 28 USC§1331, FCRA & FDCPA   18 USC§94, 18 USC§, 12 USC§3

3.    The time for defendant(s), John Rosatti, CEO   01-08-2025 , to answer or otherwise

move with respect to the complaint herein has expired.

4.    Defendant(s), John Rosatti , has not answered or otherwise

moved with respect to the complaint, and the time for defendant(s) John Rosatti

to answer or otherwise move has not been extended.

5.That defendant(s) John Rosatti default has been noted by the

Clerk of Court.  A copy of the Certificate is attached hereto.

6.    Defendant(s) John Rosatti is indebted to plaintiff,

I, Dashawn LaRode in the following manner (state the facts in support of the claim(s)):

The auto loan is defective on its face because of no seller signature and they failed to disclose who is the original creditor on the account. This constitute false, misleading and deceptive practices of bait-and-switch tactics with hidden charges of $5,000 down, knowing that the finance loan amount is the total sum of the loan agreement.

Due to non response to my dispute letter pursuant to (18 usc 894 § 12 usc 83) and defendant is in default. The actual damages is in the amount ($10,000,00.00) pursuant to (15 usc 1681n (a)(1) and (1692 k(a)(2)(A), and 1692k(a)(1), Statutory damages In the amount of $5,000,000.00, pursuant to (15 usc 1681 p(a)(1) and (1692 k(a)(2)(A). And Punitive damages in the amount ($30,000,000.00 USD), with the reasonable Lawyer fees in the amoun $65,000.

WHEREFORE, plaintiff __Dashawn LaRode__ requests that the default of defendant(s) __John Rosatti__ be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated:

By: _____
(Signature)
(Print Name of Plaintiff Pro Se) Dashawn LaRode
(Address) 151 Grafton Street, BKlyn L 11212
(Telephone Number)
(E-mail address)