UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Dashawn A. LaRode

　　　　　　　　　　　Plaintiff(s),

　　　　　-against-　　　　　　　　　　　　　　　　AFFIRMATION OF SERVICE

GEORGE BADEEN dba
ALLIED FINANCE ADJUSTERS/　　　　　24-CV-8622 (HG)( )
NYCR INDUSTRIES Defendant(s).
CORP.
-------------------------------------------------------------X

I  Sage El , declare under penalty of perjury that I have served a copy of the attached Motion for Default Judgment, Affirmation in support of motion for Default Judgment upon George Badeen by mailing it to USPS Certified # 9589071052701132091383

whose address is: 70 Plain Avenue, New Rochelle, NY, 10801, NYCR Industries Corp.

Dated: 01-13, 2025
Central Islip, New York

By: Sage El
Signature

c/o: 388 East 49 street
Address

Brooklyn, New York republic [11203]
City, State & Zip Code

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

_Dashawn A. LaRode_,
                    Plaintiff(s),

-against-

_GEORGE BADEEN, dba ALLIED FINANCE ADJUSTERS/NYCR INDUSTRIES_
                    Defendant(s).

-----------------------------------------------------------X

MOTION FOR DEFAULT JUDGMENT
~~24-CV-8622(HG)~~
24-CV-8622-HG

(2)

Plaintiff _Dashawn LaRode_ hereby moves the Court pursuant to Federal Rule of Civil Procedure 55 (b) and Local Civil Rule 55.2 to enter default judgment in favor of plaintiff and against defendant(s) _George Badeen_ on the grounds that said defendants(s) failed to answer or otherwise defend against the complaint.

Dated:

By. _Dashawn L._
(Signature)

By. _Dashawn A. LaRode_
Print Name of Plaintiff Pro Se

_151 Grafton Street_
Address

_Brooklyn, New York republic [11212]_

TO: (Put Name and Address of
     Each Defendant(s) or Defense Attorney)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Dashawn A. LaRode,

                            Plaintiff(s)

-against-

GEORGE BADEEN, dba ALLIED FINANCE ADJUSTERS/NYCR INDUSTRIES CORP.

                            Defendant(s).

------------------------------------------------------------X

AFFIRMATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

24 CV-8622 (HG)

I, Dashawn LaRode, hereby declares as follows:

1. I am the plaintiff in this action.

2. This action was commenced pursuant to 18 USC 894, 12 USC 83, 28 USC § 1331, FCRA, FDCPA

3. The time for defendant(s), 01-08-2025, to answer or otherwise move with respect to the complaint herein has expired.

4. Defendant(s), George Badeen, has not answered or otherwise moved with respect to the complaint, and the time for defendant(s) George Badeen to answer or otherwise move has not been extended.

5. That defendant(s) George Badeen default has been noted by the Clerk of Court. A copy of the Certificate is attached hereto.

6. Defendant(s) George Badeen is indebted to plaintiff, I, Dashawn LaRode in the following manner (state the facts in support of the claim(s)): On December 5, 2024, George Badeen in conjunction with NYCR Industries Corp, wrongfully repossessed my MDX Acura 2024. This constitute Actual damage in the amount of $10,000.00 pursuant to (15 USC §§ 1681n(a)(1), 1681o(a)(1), and 1692 k(a)(1):

Statutory damages in the amount of $5,000,000.00 pursuant to (15 USC§§ 1681n(a)(1) and (1692k(a)(2)(A). Punitive damages in the amount of $30,000,000.00 pursuant to (15 USC§ 1681n(a)(2). And resonable attorney's fees and cost in the amount of $65,000.00 pursuant to (15 USC 1681n (a)(3), 1681o(a)(2) and (1692k(a)(3).

WHEREFORE, plaintiff **Dashawn LaRode** requests that a default judgment be entered in favor of plaintiff **Dashawn LaRode** and against defendant(s) **George Badeen**.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, that no part thereof has been paid, and that the disbursements sought to be taxed have been made in this action or will necessarily be made or included in this action.

Dated: **01-13-2025**

By: _Dashawn_ (Signature)

By: **Dashawn LaRode** (Print name)

c/o: **151 Grafton Street** (Address)

**Brooklyn, New York republic**

**[11212]**