
AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-08622-HG-LB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **John Rosatti, CEO**
was received by me on *(date)* **Feb 5, 2025**.

☑ I personally served the summons on the individual at *(place)* **2751 Nostrand Ave Brooklyn, NY, 11210** on *(date)* **Feb 5, 2025**; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* **Sal Beck** _____, a person of suitable age and discretion who resides there, on *(date)* **Feb 5, 2025**, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Sal Beck**, who is designated by law to accept service of process on behalf of *(name of organization)* **Plaza Auto Mall** **Feb 5, 2025 Sal Beck** on *(date)* **Feb 5, 2025**; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ **75** for travel and $ **N/A** for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: **Feb 5, 2025**

By: *[signature]*
*Server's signature*

By: **Sage El**
*Printed name and title*

c/o: **851 Clarkson Ave, Bklyn N.Y. 11203**
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

| Case:<br>24-CV-08622-HG-LB | Court:<br>United States District Court for the Eastern District of New York | County: | Job:<br>12636440 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Dashawn A. LaRode | | Defendant / Respondent:<br>Brian Moynihan, d/b/a CEO of Bank of America | |
| Received by:<br>Process Servers of the Carolinas | | For:<br>Dashawn LaRode | |
| To be served upon:<br>BRIAN MOYNIHAN, CEO FOR BANK OF AMERICA | | | |

I, Kathy Broom, being duly sworn, depose and say: I am over the age of 21 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Matt Smith, Officer, Company: 100 NORTH TRYON STREET, Charlotte, NY 28255
**Manner of Service:** Authorized, Feb 4, 2025, 12:44 pm EST
**Documents:** Summons in a Civil Action; Preliminary Statement ; Exhibits A, B, C, D, E (Received Feb 3, 2025 at 5:58pm EST)

**Additional Comments:**
1) Successful Attempt: Feb 4, 2025, 12:44 pm EST at Company: 100 NORTH TRYON STREET, Charlotte, NY 28255 received by Matt Smith, Officer. Age: 35; Ethnicity: Caucasian; Gender: Male; Weight: 180; Height: 6'; Hair: Brown;

_____  2/5/25
Kathy Broom                          Date

Process Servers of the Carolinas
P.O. Box 33034
Charlotte, NC 28233
980-287-1100

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
2/5/25                          6/27/2026
Date                          Commission Expires

PAMELA Z. OLERUD
NOTARY PUBLIC, STATE OF SOUTH CAROLINA
My Commission Expires 6/27/2026