# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

Author: Jamie S. Felsen – Member
Direct E-Mail Address: jamiefelsen@mllaborlaw.com
Direct Dial: (516) 303-1391

February 13, 2025

**VIA ECF**

Hon. Hector Gonzalez, U.S.D.J.
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **DaShawn LaRode v. Brian Moynihan and John Rosatti**
            **Case No.: 24-cv-8622 (HG)(LB)**

Dear Judge Gonzalez:

    This firm represents defendant, John Rosatti, in the above-referenced action. This letter shall serve as a response to a document entitled "Judicial Demand and Notice of Objection for Ex Parte Communication" (ECF Doc. No. 16) filed by Plaintiff which appears to have been drafted by Chat GPT.

    Plaintiff argues that opposing counsel has engaged in an improper ex parte communication with the court. However, he does not identify which opposing counsel he claims engaged in an improper ex parte communication with the court nor does he identify the purported ex parte communication. In any event, to the extent his motion is directed at me, which is not clear, I have not engaged in any ex parte communication with the court.

                      Respectfully submitted,

                      /s/ Jamie S. Felsen

cc:    DaShawn LaRode, *pro se* (via mail)
       151 Grafton Street
       Brooklyn, NY 11203

       All counsel of record (VIA ECF)