Shan P. Massand, Esq.
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020
(212) 548-2100
smassand@mcguirewoods.com
*Attorneys for Defendant Brian Moynihan, doing business as CEO Bank of America*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------- X
DASHAWN A. LARODE,

       Plaintiff,

v.

BRIAN MOYNIHAN d/b/a CEO BANK OF AMERICA, JOHN ROSATTI d/b/a CEO PLAZA AUTO MALL AND GEORGE BADEEN d/b/a ALLIED FINANCE ADJUSTERS/NYCR INDUSTRIES CORP.,

       Defendants.
---------------------------------------------------------- X

Case No. 1:24-cv-08622-HG-LB

**DECLARATION OF SHAN P. MASSAND IN SUPPORT OF DEFENDANT BRIAN MOYNIHAN, DOING BUSINESS AS CEO BANK OF AMERICA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

I, Shan P. Massand, hereby declare as follows:

1. I am an attorney with the law firm McGuireWoods LLP, attorneys for Defendant Brian Moynihan, doing business as CEO Bank of America ("Defendant") in the above-captioned action. As counsel for Defendant, I am familiar with the pleadings, facts, and circumstances in this action.

2. Attached hereto as **Exhibit A** is a true and accurate copy of Plaintiff's Complaint filed on December 18, 2024. (*See also* ECF No. 1.)

3. Attached hereto as **Exhibit B** are true and correct copies of the cases or other authorities to be provided to *pro se* litigants pursuant to Local Civil Rule 7.2.

I declare under the penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated:    New York, New York

May 13, 2025

                                                                  */s/ Shan Massand*
                                                                  Shan P. Massand