Shan P. Massand
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
(212) 548-2100
smassand@mcguirewoods.com
*Attorneys for Defendant Brian Moynihan, doing business as CEO Bank of America*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- X
DASHAWN A. LARODE,                                :    Case No. 1:24-cv-08622-HG-LB
                                                  :
              Plaintiff,   :
                                                  :
   v.                                          :    **CERTIFICATE OF**
                                                  :    **SRVICE**
BRIAN MOYNIHAN d/b/a CEO BANK OF                  :
AMERICA, JOHN ROSATTI d/b/a CEO PLAZA             :
AUTO MALL AND GEORGE BADEEN d/b/a                 :
ALLIED FINANCE ADJUSTERS/NYCR                     :
INDUSTRIES CORP.,                                 :
                                                  :
              Defendants.  :
---------------------------------------------------------------------- X

      **I HEREBY CERTIFY** that on May 13, 2025, I caused true and correct copies of: (1) Defendant's Notice Motion to Dismiss; (2) Memorandum of Law In Support of Motion to Dismiss; and (3) Declaration of Shan P. Massand in Support of Defendant's Motion to Dismiss, and exhibit(s) annexed thereto, to be duly served upon all parties via the Court's CM/ECF system, and regular mail and electronic mail upon the following party:

DaShawn LaRode
151 Grafton Street
Brooklyn, NY 11212
dangeramg@gmail.com

*Pro Se Plaintiff*

Dated: New York, New York
       May 13, 2025

                                              */s/ Shan Massand*
                                              Shan P. Massand

                                                M<small>C</small>G<small>UIRE</small>W<small>OODS</small> LLP
                                                1251 Avenue of the Americas, 20th Floor
                                                New York, New York 10020-1104
                                                Phone: (212) 548-2100
                                                smassand@mcguirewoods.com

                                                *Attorneys for Defendant Brian Moynihan, doing business as CEO Bank of America*