**McGuireWoods**

McGuireWoods LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

Philip A. Goldstein
Direct: 212.548.2167
pagoldstein@mcguirewoods.com

September 4, 2025

<u>Via ECF</u>
Honorable Lara K. Eshkenazi, U.S.M.J.
United States District Court
  Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

>   Re:  *LaRode v. Brian Moynihan d/b/a CEO Bank of America, et al.*
>        **Case No. 1:24-cv-08622-HG-LKE**
>        *Letter Regarding Plaintiff Non-Opposition to Motion to*
>        <u>*Dismiss (ECF Nos. 029-33)*</u>

Dear Judge Eshkenazi:

This firm represents Defendant Brian Moynihan d/b/a CEO Bank of America ("BANA") in the above-referenced matter. On May 13, 2025, BANA filed a Motion to Dismiss the Complaint of Plaintiff Deshawn LaRode ("Plaintiff"). To date, BANA has not received any opposition to its Motion to Dismiss. At the time of filing, counsel for BANA provided copies of its motion papers, including the Notice of Motion to Dismiss, supporting Declaration and exhibit(s), Memorandum in Support, and Rule 12 Compliance Sheet to Plaintiff via regular mail at 151 Grafton Street, Brooklyn, NY 11212 and email to dangeramg@gmail.com (*see* ECF No. 33), neither which were returned to counsel for BANA. Accordingly, BANA respectfully requests that its Motion to Dismiss be granted and the operative complaint dismissed in its entirety with prejudice as to BANA.

Thank you for your time and consideration of this matter.

> Respectfully Submitted,
> */s/ Philip A. Goldstein*
> Philip A. Goldstein

PAG/mtg
cc:   All Counsel of Record (via ECF)

   DaShawn A. LaRode (via first class mail and email – dangeramg@gmail.com)
   151 Grafton Street
   Brooklyn, NY 11212
   *Pro Se Plaintiff*

210256444_1.docx